

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| IN THE MATTER OF THE ESTATE OF | § | No. 08-24-00060-CV |
| ALVARO MORALES AKA ALVARO | § | Appeal from the |
| MORALES LICON. | § | Probate Court No. 2 |
| | § | of El Paso County, Texas |
| | § | (TC# 2021-CPR00831) |

**J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellant all costs of appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED this 21st day of March 2025.

MARIA SALAS MENDOZA, Chief Justice

Before Salas Mendoza, C.J., Palafox and Soto, JJ.